UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS J. OLSEN, Individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SILDAN CORPORATION D/B/A ILLESTEVA,<br><br>Defendant. | ECF CASE<br><br>No.: 1:19-cv-1738 |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this matter is dismissed with prejudice, which each party to bear its on fees, costs and expenses.

Dated:  October 7, 2019  
       New York, New York

s/ Douglas B. Lipsky  
Douglas B. Lipsky  
LIPSKY LOWE LLP  
420 Lexington Avenue, Suite 1830  
New York, New York 10170  
Doug@lipskylowe.com  
Tel: 212.392.4772  
*Attorneys for Plaintiff*

Dated: October __, 2019  
       New York, New York

s/ Sarah E. Bell  
Sarah E. Bell, Esq.  
PRYOR CASHMAN LLP  
7 Times Square  
New York, New York 10036-6569  
sbell@pryorcashman.com  
Tel: 212.326.0401  
*Attorneys for Defendant*